921 A.2d 444

STATE v. HARRIS.

February 8, 2007.

Order that the motion for direct certification to the Superior Court, Law Division, Mercer County, is granted.